IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


TIM MEEHAN                                                      PLAINTIFF


        v.                          CIVIL NO. 10-5001


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                 DEFENDANT

## J U D G M E N T

        For reasons stated in a memorandum opinion of this date, we hereby reverse the decision

of the Commissioner and remand this case for further consideration pursuant to sentence four

of 42 U.S.C. § 405(g).  **The parties have sixty days from entry of the judgment on the docket**

**in which to appeal.**

        If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access

to Justice Act (BAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the

judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended.  See

Shalala v. Schaefer, 509 U.S. 292, 296, 113 S.C. 2625 (1993); 28 U.S.C. §§

2412(d)(1)(B),(d)(2)(G).

        IT IS SO ORDERED AND ADJUDGED this 18th day of February 2011.



                                              /s/ Erin L. Setser
                                              HON. ERIN L. SETSER
                                              UNITED STATES MAGISTRATE JUDGE


AO72A
(Rev. 8/82)